In the Matter of VALHALLA CORPORATION et al., Appellants, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents. (Appeal No. 1.)

Submitted September 30, 1940; decided October 8, 1940.]

*Sidney S. Levine* for motion.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the appellant has failed to comply with the provisions of section 591 of the Civil Practice Act.